BOARD OF BAR OVERSEERS
OF THE SUPREME JUDICIAL COURT
FOR THE
COMMONWEALTH OF MASSACHUSETTS




## NOTIFICATION OF RESIGNATION TO COURT, AGENCY, OR TRIBUNAL

TO:  United States District Court for the District of Massachusetts
Court, Agency, or Tribunal

John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02110
Address

NAME OF CLIENT:

Rodney Costa v. Kenyon Oil Company, Inc.          Rodney Costa
(case caption)

ADDRESS OF CLIENT:

04 12653 MEL                                      371 Main Street
(docket number)

West Dennis, MA 02660

Pursuant to S.J.C. Rule 4:01, § 17, and Section 4.17 of the Rules of the Board of Bar Overseers for the Commonwealth of Massachusetts, you are hereby advised that I have resigned from further practice of the law in the Commonwealth of Massachusetts and consequently am unable to act as an attorney after May 1, 2005, the effective date of resignation. Enclosed are copies of the notices of resignation which I have sent to my client(s), counsel of record, and those parties unrepresented by counsel.

DATE: 4/13/2005   SIGNATURE: _____
                              Anthony Raoul Bott

ADDRESS:   P.O. Box 1137
           East Orleans, MA 02643
TELEPHONE: (508) 240-2700

Revised September 1997