MPD:fm 05-174

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODNEY COSTA

VS                                                                    C.A. NO. 04-12653 MEL

KENYON OIL COMPANY, INC.
d/b/a EXTRA MART

## STIPULATION

In the above-entitled matter, it is agreed that the following entry be made:

Defendant Kenyon Oil Company, Inc. d/b/a Extra Mart will have up to and including May 6, 2005 to answer or otherwise respond to plaintiff's complaint.

_____
Anthony R. Bott, Esq. #050540
Attorney for Plaintiff
Eight Beach Road
PO Box 1137
East Orleans, MA 02643
(508) 240-2700

_____
Mark P. Dolan, Esq. #547949
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Dated: _____