MPD:fm 05-174

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODNEY COSTA

VS                                                      C.A. NO. 04-12653 MEL

KENYON OIL COMPANY, INC.
d/b/a EXTRA MART

### DEFENDANT KENYON OIL COMPANY, INC. d/b/a EXTRA MART'S ANSWER TO PLAINTIFF'S COMPLAINT

#### First Defense

#### Parties

Defendant is without sufficient knowledge to form a belief as to the truth or falsity of the allegations set forth in paragraph 1 of plaintiff's complaint, and therefore leaves plaintiff to his proof; and admits the allegations of paragraph 2 of plaintiff's complaint.

#### Jurisdiction

Defendant denies the allegations of paragraph 3 of plaintiff's complaint.

#### Statement of Facts

Defendant is without sufficient knowledge to form a belief as to the truth or falsity of the allegations set forth in paragraph 4 of plaintiff's complaint, and therefore leaves plaintiff to her proof; and denies the allegations of paragraphs 5 and 6 of plaintiff's complaint.

#### Count I

Defendant repeats and realleges its answers set forth in paragraphs 1 through 6 of plaintiff's complaint as more fully set forth herein as its answer to paragraph 7 of Count I and denies the allegations of paragraphs 8 and 9 of plaintiff's complaint.

#### Second Defense

The plaintiff's own negligence caused or contributed to any injuries he may have suffered as alleged in the complaint, and this Court should therefore deny recovery to the plaintiff or diminish the plaintiff's recovery pursuant to M.G.L. ch. 231, §85.

### Third Defense

If plaintiff sustained injuries and damages as alleged which is denied, he assumed the risk of injury.

### Fourth Defense

Plaintiff's action is barred by the applicable statute of limitations.

### Fifth Defense

Defendant pleads untimely service of process.

### Sixth Defense

Defendant pleads improper service of process.

### Seventh Defense

Any injuries the plaintiff may have sustained are the proximate result of the conduct of a third party for whom this defendant is not legally responsible.

WHEREFORE, defendant demands that plaintiff's action against it be dismissed and that judgment be entered for said defendant.

**Defendant claims a trial by jury.**

Mark P. Dolan, Esq. #547949
Rice Dolan & Kershaw
Attorneys for Defendant
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800 Phone
(401) 421-7218 Fax

### CERTIFICATION

TO: Anthony R. Bott, Esq.
Eight Beach Road
PO Box 1137
East Orleans, MA 02643

DATED: April 20, 2005