MPD:taa 05-174

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY COSTA | : |
| | : |
| VS | : C.A. NO. 04-12653 MEL |
| | : |
| KENYON OIL COMPANY, INC. | : |
| d/b/a EXTRA MART | : |

**DEFENDANT'S PROPOSED PRE-TRIAL DISCOVERY SCHEDULING ORDER**

After the Scheduling Conference held on August 24, 2005, before Justice Morris E. Lasker, it is hereby ORDERED as follows:

(1) Defendant certifies that the plaintiff has not contacted the defendant about the preparation of a joint statement, nor has the plaintiff submitted a proposed scheduling order;

(2) Defendant certifies that it propounded interrogatories and a request for production of documents addressed to the plaintiff on or about April 20, 2005. Defendant certifies that it has not received a response to said discovery requests;

(3) The plaintiff shall respond to the defendant's request for production of documents and interrogatories within thirty (30) days of the date this proposed schedule is signed as an order;

(4) The plaintiff shall, if desired, propound interrogatories and a request for production of documents to the defendant within the next thirty (30) days of the date this proposed schedule is signed as an order;

(5) The defendant shall have forty (40) days from the date of receipt of plaintiff's discovery requests in which to respond;

(6) At the close of the time frames referenced above, the parties may file, if necessary, the appropriate motions to compel and/or dismiss; and

(7) Once initial discovery has been produced, the parties will then supplement this Order to address the taking of depositions and the disclosure of expert witnesses.

ENTER:                                          BY ORDER:

_____                         _____
Justice Morris E. Lasker                        Clerk


Dated: _____, 2005

Presented By:

_____
Mark P. Dolan, Esq.
RICE DOLAN & KERSHAW
*Attorneys for Defendant*
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800
B.B.O. #: 547949

## CERTIFICATION

I hereby certify that a copy of the within document has been mailed, postage pre-paid, to **Mr. Rodney Costa,** 371 Main Street, West Dennis, MA 02660, on this 31st day of August, 2005.

_____