*MPD:ld 05-174*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODNEY COSTA

vs.   C.A. No. 04-12653 MEL

KENYON OIL COMPANY, INC. d/b/a
EXTRA MART

### STIPULATION

In the above entitled cause it is agreed that the following entry be made:

I, Mark W. Shaughnessy, Esq., hereby enter my appearance as counsel on behalf of the defendant Kenyon Oil Company, Inc., d/b/a Extra Mart.

_____
Mark W. Shaughnessy, Esq., Reg.#56785
Boyle Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-5775

I, Mark P. Dolan, Esq., hereby withdraw my appearance as counsel on behalf of the defendant Kenyon Oil Company, Inc., d/b/a Extra Mart.

_____
Mark P. Dolan, Esq., Reg. #3280
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
(401) 272-8800

Date: October 17, 2005

## CERTIFICATION

I hereby certify that a copy of the within document has been mailed to counsel of record, as follows, on _October 17_, 2005:

Mark W. Shaughnessy, Esq.
Boyle Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903

_Sherri Quental_