MPD:lab 05-174

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RODNEY COSTA

    vs.                                  C.A. No. 04-12653 MEL

KENYON OIL COMPANY, INC. d/b/a
EXTRA MART

## STIPULATION

In the above entitled cause it is agreed that the following entry be made:

I, Mark P. Dolan, Esq., hereby withdraw my appearance as counsel on behalf of the defendant Kenyon Oil Company, Inc., d/b/a Extra Mart.

                                            Mark P. Dolan, Esq., Reg. #3280
                                            Rice Dolan & Kershaw
                                            170 Westminster Street, Suite 900
                                            Providence, RI 02903
                                            (401) 272-8800

Date:  November 2, 2005

CERTIFICATION

    I hereby certify that a copy of the within document has been mailed to counsel of record, as follows, on November 2, 2005:

Mark W. Shaughnessy, Esq.
Boyle Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111

Mr. Rodney Costa
371 Main Street
West Dennis, MA 02660