# BOYLE, MORRISSEY & CAMPO, P.C.
### Attorneys at Law

*www.boylemorrissey.com*

695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
Facsimile (617) 451-5775

John D. Boyle
Michael W. Morrissey
Anthony M. Campo * **
Robert J. Doonan
Thomas J. Fay *
Mark W. Shaughnessy *
Peter L. Bosse
Kevin M. Sullivan
Michael C. Palermo *
Scott M. Carroll
Dawn M. Piccirilli

A. Peter Leary (1963 – 2004)

Of Counsel
Allen H. Forbes
Nicholas B. Kosiavelon

Also Admitted to Practice in:
* New Hampshire
** New York
^ Florida
^^ Virginia

Jan M. Gould
Kevin M. Riordan
Teri A. McHugh ^
Aaron R. White
Keith L. Sachs
Christopher G. Perillo
Timothy R. Scannell
Philip J. Marino
Michael P. Johnson
Kathryn C. Sullivan
Rita C. Mercado
Daniel N. Lissner ^^
Sean P. Scanlon
Thomas S. Kaplanes

Manchester Office:
650 Elm Street, Suite 401
Manchester, NH 03101
Telephone: (603) 668-6216
Facsimile: (603) 668-6217

May 3, 2006

**VIA ELECTRONIC FILING**

Clerk, Civil
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Rodney Costa v. Kenyon Oil Company, Inc., d/b/a Extra Mart
    C.A. No.: 04-12653 MEL
    Our File No.: ZA1-6596

Dear Sir/Madam:

Enclosed for filing in the above referenced matter, please find the following documents:

1. Motion to Compel Answers to Interrogatories Pursuant to Fed. R. Civ. P. 37; and
2. Certificate of Service.

Thank you for your attention to this matter.

Very truly yours,

Timothy R. Scannell

TRS/kca
Enclosures
cc: Rodney Costa, pro se
    Mark P. Dolan, Esq.

F:\WordDocs\Cases\6596\Letters\2006\Ct mtc ia of pltf 05-03-06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY COSTA )<br>    Plaintiff )<br>)<br>v. )<br>)<br>KENYON OIL COMPANY, INC. )<br>d/b/a EXTRA MART )<br>    Defendant ) | CIVIL ACTION NO.:<br>01-CV-12653-MEL |

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES
PURSUANT TO FED. R. CIV. P. 37**

    The Defendant, Kenyon Oil Company, Inc., states that Interrogatories were served upon the Plaintiff, Rodney Costa, on or about March 28, 2005. The party to whom these Interrogatories were propounded has failed to file timely answers to same, either within forty-five days after service or such other time as the Court may have specified or the parties may have stipulated.

    The Defendant, Kenyon Oil Company, Inc., hereby requests the Plaintiff, Rodney Costa, serve its Answers to Interrogatories or objections to the same within thirty (30) days hereof. DEFENDANT, KENYON OIL COMPANY, INC., MAY APPLY FOR FINAL JUDGMENT PURSUANT TO RULE 33(a)(4) IN THE EVENT THAT ANSWERS OR OBJECTIONS ARE NOT TIMELY RECEIVED.

```
                              THE DEFENDANT,
                              KENYON OIL COMPANY, INC.,
                              BY ITS ATTORNEYS,


Date: 5-3-06                  _____
                              Mark W. Shaughnessy, BBO# 567839
                              Timothy Scannell, BBO#655453
                              Boyle, Morrissey & Campo, P.C.
                              695 Atlantic Avenue
                              Boston, MA 02111
                              (617) 451-2000
                              FAX: (617) 451-5775
```

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Mark W. Shaughnessy, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

```
                    Rodney Costa
                    371 Main St.
                 West Dennis, MA  02660
```

SIGNED UNDER THE PENALTIES OF PERJURY THIS 3rd DAY OF May, 2006.

_____
Mark W. Shaughnessy, BBO# 567839
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

# BOYLE, MORRISSEY & CAMPO, P.C.
## Attorneys at Law

*www.boylemorrissey.com*

695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
Facsimile (617) 451-5775

John D. Boyle
Michael W. Morrissey
Anthony M. Campo * **
Robert J. Doonan
Thomas J. Fay *
Mark W. Shaughnessy *
Peter L. Bosse
Kevin M. Sullivan
Michael C. Palermo *
Scott M. Carroll
Dawn M. Piccirilli

Jan M. Gould
Kevin M. Riordan
Teri A. McHugh ^
Aaron R. White
Keith L. Sachs
Christopher G. Perillo
Timothy R. Scannell
Philip J. Marino
Michael P. Johnson
Kathryn C. Sullivan
Rita C. Mercado
Daniel N. Lissner ^^
Sean P. Scanlon
Thomas S. Kaplanes

A. Peter Leary (1963 – 2004)

Of Counsel
Allen H. Forbes
Nicholas B. Kosiavelon

Manchester Office:
650 Elm Street, Suite 401
Manchester, NH 03101
Telephone: (603) 668-6216
Facsimile: (603) 668-6217

Also Admitted to Practice in:
* New Hampshire
** New York
^ Florida
^^ Virginia

May 3, 2006

**VIA ELECTRONIC FILING**

Clerk, Civil
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  Rodney Costa v. Kenyon Oil Company, Inc., d/b/a Extra Mart
     C.A. No.:  04-12653 MEL
     Our File No.: ZA1-6596

Dear Sir/Madam:

Enclosed for filing in the above referenced matter, please find the following documents:

1. Motion to Compel Answers to Interrogatories Pursuant to Fed. R. Civ. P. 37; and
2. Certificate of Service.

Thank you for your attention to this matter.

Very truly yours,

Timothy R. Scannell

TRS/kca
Enclosures
cc:  Rodney Costa, pro se
     Mark P. Dolan, Esq.

F:\WordDocs\Cases\6596\Letters\2006\Ct mtc ia of pltf 05-03-06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
RODNEY COSTA                          )
     Plaintiff                        )
                                      )
v.                                    )   CIVIL ACTION NO.:
                                      )   01-CV-12653-MEL
KENYON OIL COMPANY, INC.              )
d/b/a EXTRA MART                      )
     Defendant                        )
```

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES
PURSUANT TO FED. R. CIV. P. 37**

The Defendant, Kenyon Oil Company, Inc., states that Interrogatories were served upon the Plaintiff, Rodney Costa, on or about March 28, 2005. The party to whom these Interrogatories were propounded has failed to file timely answers to same, either within forty-five days after service or such other time as the Court may have specified or the parties may have stipulated.

The Defendant, Kenyon Oil Company, Inc., hereby requests the Plaintiff, Rodney Costa, serve its Answers to Interrogatories or objections to the same within thirty (30) days hereof. DEFENDANT, KENYON OIL COMPANY, INC., MAY APPLY FOR FINAL JUDGMENT PURSUANT TO RULE 33(a)(4) IN THE EVENT THAT ANSWERS OR OBJECTIONS ARE NOT TIMELY RECEIVED.

THE DEFENDANT,
KENYON OIL COMPANY, INC.,
BY ITS ATTORNEYS,

Date: 5-3-06

Mark W. Shaughnessy, BBO# 567839
Timothy Scannell, BBO#655453
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Mark W. Shaughnessy, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

Rodney Costa
371 Main St.
West Dennis, MA  02660

SIGNED UNDER THE PENALTIES OF PERJURY THIS 3rd DAY OF May, 2006.

Mark W. Shaughnessy, BBO# 567839
Boyle, Morrissey & Campo, P.C.
695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
FAX: (617) 451-5775