John D. Boyle
Michael W. Morrissey
Anthony M. Campo • ••
Robert J. Doonan
Thomas J. Fay •
Mark W. Shaughnessy •
Peter L. Bosse
Michael C. Palermo •
Scott M. Carroll
Dawn M. Piccirilli

A. Peter Leary (1963 – 2004)

Of Counsel
Allen H. Forbes
Nicholas B. Kosiavelon

Also Admitted to Practice in:
\* New Hampshire
\*\* New York
^ Florida
^^ Virginia

# BOYLE, MORRISSEY & CAMPO, P.C.
## Attorneys at Law

www.boylemorrissey.com

695 Atlantic Avenue
Boston, MA 02111
(617) 451-2000
Facsimile (617) 451-5775

Jan M. Gould
Kevin M. Riordan
Teri A. McHugh ^
Aaron R. White
Keith L. Sachs
Christopher G. Perillo
Timothy R. Scannell
Michael P. Johnson
Kathryn C. Sullivan
Rita C. Mercado
Daniel N. Lissner ^^
Sean P. Scanlon
Thomas S. Kaplanes
Jeffrey J. Trapani

Manchester Office:
650 Elm Street, Suite 401
Manchester, NH 03101
Telephone: (603) 668-6216
Facsimile: (603) 668-6217

June 29, 2006

**VIA ELECTRONIC FILING**

Clerk, Civil
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Rodney Costa v. Kenyon Oil Company, Inc., d/b/a Extra Mart
    C.A. No.: 04-12653 MEL
    Our File No.: ZA1-6596

Dear Sir/Madam:

Enclosed for filing in the above referenced matter, please find the following documents:

1. Motion to Dismiss Plaintiff's Claims Pursuant to Fed. R. Civ. P. 37(b); and
2. Certificate of Service.

Thank you for your attention to this matter.

Very truly yours,

Timothy R. Scannell

TRS/kca
Enclosures
cc: Rodney Costa, pro se
    Mark P. Dolan, Esq.

F:\WordDocs\Cases\6596\Letters\2006\Ct mo dismiss 06-29-06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RODNEY COSTA<br>    Plaintiff<br><br>v.<br><br>KENYON OIL COMPANY, INC.<br>d/b/a EXTRA MART<br>    Defendant | )<br>)<br>)<br>)   CIVIL ACTION NO.:<br>)   04-CV-12653-MEL<br>)<br>)<br>) |

**MOTION TO DIMISS PLAINTIFF'S CLAIMS
PURSUANT TO FED. R. CIV. P. 37(b)**

    The Defendant, Kenyon Oil Company, Inc., hereby moves this honorable court to dismiss the plaintiff's claims pursuant to Fed.R.Civ.P. 37(b)(2)(C). In furtherance of its motion, the defendant states the following:

1. Interrogatories were served upon the Plaintiff, Rodney Costa, on or about March 28, 2005. The party to whom these Interrogatories were propounded has failed to file timely answers to same, either within forty-five days after service or such other time as the Court may have specified or the parties may have stipulated.

2. On May 25, 2006, the Court allowed the defendant's motion to compel the plaintiff's answers to Kenyon Oil's discovery requests pursuant to Fed.R.Civ.P. 37.

3. Fed.R.Civ.P. 37(b)(2)(C) states, in pertinent part:

> If a party or an officer, director, or managing agent of a party or a person designated under Rule 30(b0(6) or 31(a) to testify on behalf of a party fails to obey an order to provide or permit discovery, including an order made under subdivision (a) of this rule or Rule 35, or if a party fails to obey an order entered under Rule 26(f), the court in which the action is pending may make such orders in regard to the failure as are just, and among others the following:
>
> (C)An order striking out pleadings or parts thereof, or staying further proceedings until the order is obeyed, or dismissing the action or proceeding or any part thereof, or rendering a judgment by default against the disobedient party.

4. The plaintiff has failed to obey the Courts order to make discovery as of this date.

WHEREFORE, The Defendant, Kenyon Oil Company, Inc., hereby moves this honorable court to dismiss the plaintiff's claims pursuant to Fed.R.Civ.P. 37(b)(2)(C).

                                  THE DEFENDANT,
                                  KENYON OIL COMPANY, INC.,
                                  BY ITS ATTORNEYS,

Date:

                                  Mark W. Shaughnessy, BBO# 567839
                                  Timothy Scannell, BBO#655453
                                  Boyle, Morrissey & Campo, P.C.
                                  695 Atlantic Avenue
                                  Boston, MA 02111
                                  (617) 451-2000
                                  FAX: (617) 451-5775

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(a) and/or Sup. Ct. R. 9A, I, Mark W. Shaughnessy, do hereby certify that a copy of the foregoing documents have been served first-class postage prepaid on all parties or their representatives in this action as listed below:

                            Rodney Costa
                            371 Main St.
                      West Dennis, MA 02660

                      Mark P. Dolan, Esq.
                      Rice Dolan & Kershaw
                  The Union Trust Building
                          Suite 900
                  170 Westminster Street
                  Providence, RI 02903-2101

SIGNED UNDER THE PENALTIES OF PERJURY THIS 29th DAY OF ____June____, 20 06.

                          Mark W. Shaughnessy, BBO# 567839
                          Boyle, Morrissey & Campo, P.C.
                          695 Atlantic Avenue
                          Boston, MA 02111
                          (617) 451-2000
                          FAX: (617) 451-5775